WILLIAM H. BROWN, ESQ. (7623)
LAW OFFICES OF WILLIAM H. BROWN, LTD.
6029 S. Ft. Apache Rd., #100
Las Vegas, NV  89148
Telephone:  (702) 385-7280
Fax:  (702) 386-2699
Email: Will@whbesq.com

Attorney for Defendant Linda Marie Kot

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUGO PATRICIO COUTELIN,<br>MICHAEL PERRY,<br>JEFF THOMAS, and<br>LINDA MARIE KOT,<br><br>Defendants. | No. 2:10-cr-00280-KJD-GWF<br><br>**MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

COMES NOW the Defendant Linda Marie Kot, by and through her attorney William H. Brown, Esq., of LAW OFFICES OF WILLIAM H. BROWN, LTD., and hereby moves for an order modifying Ms. Kot's conditions of pre-trial release, specifically by removing the condition requiring Ms. Kot to check in with pretrial services every month.

This request is based on the following:

As set forth in the attached email from U.S. Pretrial Services Officer Tonya Jacobson, Ms. Kot has been supervised by pretrial services since June 17, 2010.  She has sustained no violations and complied will all conditions of her release.  Accordingly, based on her perfect compliance, Pretrial Services has no objection to removing the condition of supervision.

Additionally, the government does not object to removing this condition.

Accordingly, Ms. Kot requests the Court enter an order modifying Ms. Kot's conditions of pre-trial release, specifically by removing the condition requiring Ms. Kot to check in with pretrial services every month.

DATED: February 9, 2012

Respectfully submitted,

LAW OFFICES OF WILLIAM H. BROWN, LTD.

BY: /s/ *William H. Brown*
Nevada Bar No.: 7623
6029 S. Ft. Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (702) 385-7280
Facsimile: (702) 386-2699
Email: Will@whbesq.com

Attorney for Defendant Linda Marie Kot

```
  SO ORDERED.
  .
  .
  .
  _____
  UNITED STATES MAGISTRATE JUDGE
  DATE: FEB. 24, 2012
```