**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-280-KJD-(GWF) |
| ) | |
| LINDA MARIE KOT, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On May 25, 2012, defendant LINDA MARIE KOT was found guilty by a jury of Counts One through Four of the Superseding Criminal Indictment charging her in Count One with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344 and 1349; and in Counts Two through Four with Bank Fraud in violation of Title 18, United States Code, Section 1344. Jury Verdict, ECF No. 157.

This Court finds that LINDA MARIE KOT shall pay a criminal forfeiture money judgment of $3,891,811.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United State Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). This money judgment consists of $3,338.981 related to Counts 1 through 3, and $552,830.00 related to Count 4.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LINDA MARIE KOT a criminal forfeiture money judgment in the amount of $3,891,811.00 in United States Currency.

DATED this __24th__ day of _____July_____, 2012.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE