```
             FILED          RECEIVED
             ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

                  DEC 1 9 2012

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
         BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-280-KJD-(GWF) |
| LINDA MARIE KOT, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on July 26, 2012, that LINDA MARIE KOT shall pay a criminal forfeiture money judgment of $3,891,811.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Superseding Criminal Information, ECF No. 120; Minutes of Trial Proceedings, ECF No. 156; Order of Forfeiture, ECF No. 183.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from LINDA MARIE KOT a criminal forfeiture money judgment in the amount of $3,891,811.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 19th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE