RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: 702-384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant, *Linda Marie Kot*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 2:10-CR-00280-KJD-GWF-4 |
| LINDA MARIE KOT, | ) |
| Defendant. | ) |

### ORDER REGARDING SURRENDER DATE

Upon the foregoing stipulation by and between the United States of America and Defendant Linda Marie Kot, and for good cause shown, it is hereby:

ORDERED that the previously Ordered Bail Pending Appeal remain in effect, and that Ms. Kot's surrender date be March 2, 2015.

DATED this 23rd day of January, 2015.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Richard A. Schonfeld
RICHARD A. SCHONFELD, ESQ.
520 South Fourth Street
Las Vegas, Nevada 89101
Tel: 702-384-5563
rschonfeld@cslawoffice.net
Attorney for Defendant, *Linda Marie Kot*

3