UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 0 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-280-KJD-GWF |
| Plaintiff, ) | |
| vs. ) | |
| LINDA MARIE KOT ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#204), sentencing held on December 19, 2012. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| WELLS FARGO BANK | 38,623.00 |
| UNKNOWN VICTIMS | 661,563.80 |
| BANK OF AMERICA | 329,380.00 |
| HSBC | 139,118.00 |
| AMERICAN HOME MORTGAGE | 184,875.00 |

| | |
|---|---:|
| JP MORGAN CHASE | 196,508.00 |
| MERRILL LYNCH | 32,645.00 |
| US BANCORP | 143,550.00 |
| CITIMORTGAGE INC | 199,238.00 |
| DEUTSCHE BANK AG | 125,592.00 |
| U S BANK NATIONAL ASSOCIATION | 216,213.00 |
| REGIONS MORTGAGE | 22,843.00 |
| SAXON MORTGAGE SERVICES INC | 239,998.00 |
| CARRINGTON MORTGAGE SERVICES | 149,670.20 |
| WELLS FARGO BANK | 117,500.00 |
| FREMONT REORGANIZING GROUP | 140,000.00 |
| THE BANK OF NEW YORK MELLON | 107,865.00 |
| DEUTSCHE BANK NAT TRUST CO | 230,078.00 |
| GOLDMAN SACHS MTG CO | 117,938.00 |
| MORGAN STANLEY | 40,163.00 |
| RESIDENTIAL MORTGAGE CAPITAL | 120,500.00 |
| UM ACQUISITIONS LLC | 187,500.00 |
| WEST COAST REALTY SERVICES INC | 150,450.00 |

**Total Amount of Restitution ordered: $3,891,811.00****

**Joint and Several with Co-Defendants Hugo Coutelin in the amount of $479,050.20, Michael Perry in the amount of $471,040.00, and Jeff Thomas in the amount of $140,000.00

Dated this 29th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE