# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00280-KJD-GWF |
| Plaintiff, | AMENDED ORDER |
| v. | |
| LINDA MARIE KOT, | |
| Defendant. | |

Presently before the Court is Defendant's Motion for Early Termination of Supervised Release (#262). However, Defendant's five-year term of supervision commenced on February 20, 2020. Pursuant to 18 U.S.C. § 3583(e)(1), Kot is not statutorily eligible for consideration of early termination as she has been on supervised release for less than one year. Further, at the time she filed her motion she was not in full compliance due to outstanding conditions of supervision such as monthly reports. There is a presumption in favor of termination after eighteen months of release. Kot has not yet met the qualifications for the presumption. For these reasons, the U.S. Probation Office opposes her motion. For these reasons, the Court denies her motion for early termination.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Early Termination of Supervised Release (#262) is **DENIED**;

IT IS FURTHER ORDER that the Court's Order (#263) is **VACATED.**

Dated this 27th day of January 2021.

_____
Kent J. Dawson
United States District Judge