PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                                         Crim No. 2:10CR00280

Linda Marie Kot

On February 20, 2020 the above named was placed on supervised release for a period of 5 years. She has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

*Gabriella Mitchell*
Digitally signed by Gabriella Mitchell
Date: 2021.10.08 12:39:08 -07'00'

Gabriella Mitchell
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this ____12th____ day of ____October____, 2021

Kent J. Dawson
Senior United States District Judge